## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

David G. Velde, as Trustee of the
Daniel S. Miller Bankruptcy Estate,

        Plaintiff,

vs.

Circle M,

        Defendant.         Civ. No. 06-2300 (RHK/RLE)

### ORDER FOR DISMISSAL

Based upon the Stipulation of Dismissal (Docket No. 6),

**IT IS ORDERED** that the above-entitled action is hereby **DISMISSED WITH PREJUDICE** and without costs or disbursements to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated : February 15, 2007

        s/Richard H. Kyle
        RICHARD H. KYLE
        United States District Judge